■ In the Matter of MORRIS L. MARKEL et al., as Dissenting Shareholders of MARKEL ELECTRIC PRODUCTS, INC., Appellants, v MARKEL ELECTRIC PRODUCTS, INC., Respondent.—Order unanimously affirmed for the reasons stated at Supreme Court, Newman, J. (Appeal from order of Supreme Court, Erie County, Newman, J.—stock appraisal.) Present—Callahan, J. P., Doerr, Boomer, Balio and Lawton, JJ.